# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NOLAN J. GAUBERT, II AND
JANE GAUBERT GRIFFIN

VERSUS

GAUBERT OIL COMPANY, INC.,
AND GAUBERT REALTY COMPANY,
INC.

NO.  2024 CW 0186

**APRIL 4, 2024**

---

In Re:   Gaubert Oil Company, Inc. and Gaubert Realty Company,
Inc., applying for supervisory writs, 17th Judicial
District Court, Parish of Lafourche, No. 141638.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

*a.S.*

DEPUTY CLERK OF COURT
FOR THE COURT